# In the United States Court of Federal Claims

No. 99-212V
(Filed: January 15, 2009)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                               \*
JOHN DOE/11 and JANE DOE/11,                                   \*
as representatives of the Estate of                            \*
CHILD/DOE/11, Deceased.                                        \*
                                                               \*
      Petitioners,                                           \*
                                                               \*
      v.                                                     \*
                                                               \*
SECRETARY OF THE DEPT. OF                                      \*
HEALTH AND HUMAN SERVICES,                                     \*
                                                               \*
      Respondent.                                            \*
                                                               \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \*

_____

**SCHEDULING ORDER**
_____

      On December 26, 2008, Petitioners filed a motion for oral argument on their December 1, 2008, Motion for Review of the Special Master's Decision on Remand.  This motion is **GRANTED**, and the Court schedules oral argument for **January 28, 2009, at 2:00 p.m. ET** at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C.

                                                                    s/Mary Ellen Coster Williams
                                                                    **MARY ELLEN COSTER WILLIAMS**
                                                                     **Judge**